UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES ROACH,**<br>　　　　Plaintiff<br><br>v.<br><br>**JAMES GREEN, SGT. VINCENT STUART**<br>and **DELORES COOTS,**<br>　　　　Defendants | C.A. No. 1:14-cv-13515-RGS |

## ORDER FOR DISCLOSURE OF CRIMINAL OFFENDER RECORD INFORMATION (CORI)

Upon leave of Court, access is granted to counsel for the Defendants, Chantelle M. D'Angelo, to obtain certified copies of the Plaintiff's criminal offender record information.

**NAME:**　　　　　　　　　　　　　**JAMES ROACH**
**CURRENT ADDRESS:**　　　　　　_____

**DATE OF BIRTH:**　　　　　　　　xx/xx/xxxx
**SOCIAL SECURITY NUMBER:**　　xxx-xx-xxxx

Dated:　　　　　　　　　　　　　　By the Court,


_9-28-15._　　　　　　　　　　　　/s/ Richard G. Stearns
　　　　　　　　　　　　　　　　　HON. RICHARD G. STEARNS
　　　　　　　　　　　　　　　　　UNITED STATES JUDGE
　　　　　　　　　　　　　　　　　DISTRICT OF MASSACHUSETTS

1